

## United States District Court
## Eastern District of California

BILLIE JOE PEREZ,

Plaintiff(s)

V.

TABLE MOUNTAIN RANCHERIA,

Defendant(s)

Case Number: 1:26-cv-02519-JLT-EGC

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Christopher L. Callahan hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Specially-Appearing Defendant Table Mountain Rancheria

On __10/20/1984__ (date), I was admitted to practice and presently in good standing in the __Arizona Supreme Court__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: __5/29/2026__      Signature of Applicant: /s/ Christopher L. Callahan

**Pro Hac Vice Attorney**

Applicant's Name: Christopher L. Callahan

Law Firm Name: Fennemore Craig, P.C.

Address: 2394 E. Camelback Road, Suite 600

City: Phoenix   State: AZ   Zip: 85016

Phone Number w/Area Code: (602) 916-5310

City and State of Residence: Phoenix, Arizona

Primary E-mail Address: ccallahan@fennemorelaw.com

Secondary E-mail Address: tmanginelli@fennemorelaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: June Monroe

Law Firm Name: Fennemore LLP

Address: 18881 Von Karman Avenue, Suite 1260

City: Irvine   State: CA   Zip: 92612

Phone Number w/Area Code: (949) 752-2911   Bar # 284763

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 2, 2026

_Erin Suy Castllo_

JUDGE, U.S. DISTRICT COURT