

# United States District Court
# Eastern District of California

BILLIE JOE PEREZ,

Plaintiff(s)

V.

TABLE MOUNTAIN RANCHERIA,

Defendant(s)

Case Number:   1:26-cv-02519-JLT-EGC

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Emily Ward hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Specially-Appearing Defendant Table Mountain Rancheria

On _____1/15/2013_____ (date), I was admitted to practice and presently in good standing in the _____Arizona Supreme Court_____ (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date:_____5/29/26_____      Signature of Applicant: /s/ Emily Ward

**Pro Hac Vice Attorney**

Applicant's Name:        Emily Ward

Law Firm Name:           Fennemore Craig, P.C.

Address:                 2394 E. Camelback Road, Suite 600

City:        Phoenix           State:  AZ      Zip:  85016

Phone Number w/Area Code: 602-916-5482

City and State of Residence: Phoenix, Arizona

Primary E-mail Address:   eward@fennemorelaw.com

Secondary E-mail Address: pwarren@fennemorelaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:     June Monroe

Law Firm Name:            Fennemore LLP

Address:                  18881 Von Karman Avenue, Suite 1260

City:        Irvine            State:  CA      Zip:  92612

Phone Number w/Area Code: 949-752-2911          Bar #  284763

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 2, 2026

_____
JUDGE, U.S. DISTRICT COURT