

## United States District Court
## Eastern District of California

BILLIE JOE PEREZ,

Plaintiff(s)

V.

TABLE MOUNTAIN RANCHERIA,

Defendant(s)

Case Number:  1:26-cv-02519-JLT-EGC

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Scott David Crowell _____ hereby applies for permission to appear and participate as
counsel in the above entitled action on behalf of the following party or parties:
Specially-Appearing Defendant Table Mountain Rancheria

On ___November 18, 1994___ (date), I was admitted to practice and presently in good standing in the
___USDC WD WA (add'l courts att.)___ (court).  A certificate of good standing from that court is
submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of
record or by a state bar association; and there are not disciplinary proceedings against me.

[✔] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice
application to this court.  (If you have made a pro hac vice application to this court within the last year, list
the name and case number of each matter in which an application was made, the date of application and
whether granted or denied.)
Wintu Tribe of Northern California v. Department of Interior, Case No.1:25-cv-00329-JMC
03/13/2025, pro hac vice Granted 03/14/2025

Date:___05/29/2026___           Signature of Applicant: /s/ Scott D. Crowell _____

**Pro Hac Vice Attorney**

Applicant's Name: Scott David Crowell

Law Firm Name: Crowell Law Office-Tribal Advocacy Group

Address: 1487 W. State Route 89A, Ste. 8

City: Sedona    State: AZ    Zip: 86336

Phone Number w/Area Code: (425) 802-5369

City and State of Residence: Sedona, Arizona

Primary E-mail Address: scottcrowell@clotag.net

Secondary E-mail Address: tannya@clotag.net

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: June Monroe

Law Firm Name: Fennemore LLP

Address: 18881 Von Karman Avenue, Suite 1260

City: Irvine    State: CA    Zip: 92612

Phone Number w/Area Code: 949-752-2911    Bar # 284763

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 2, 2026

_____
JUDGE, U.S. DISTRICT COURT