# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLIE JO PEREZ,<br><br>　　　　　Plaintiff,<br>　v.<br><br>TABLE MOUNTAIN RANCHERIA,<br><br>　　　　　Defendant. | Case No.  1:26-cv-2519-JLT-EGC<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Doc. 17) |

On June 12, 2026, the parties filed a joint stipulation dismissing Plaintiff's first cause of action with prejudice and Plaintiff's second through ninth causes of action without prejudice. (Doc. 17).  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and Plaintiff's first cause of action has been dismissed with prejudice and Plaintiff's second through ninth causes of action have been dismissed without prejudice.  Accordingly, the Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:  __**June 12, 2026**__　　　　　_____
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE